# EXHIBIT 1



*For Official Use Only*

# EXECUTIVE OFFICE OF THE PRESIDENT
## ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
### WHITE HOUSE OFFICE
As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Alexander, Monica K. | Employee | $56,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Ambrosini, Michael J. | Employee | $95,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF THE OFFICE OF THE CHIEF OF STAFF |
| Amin, Stacy C. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSOCIATE COUNSEL TO THE PRESIDENT |
| Andersen, Whitney N. | Employee | $94,000.00 | Per Annum | DEPUTY DIRECTOR OF OPERATIONS FOR THE WHITE HOUSE MANAGEMENT OFFICE |
| Anderson, Alexander J. | Employee | $77,000.00 | Per Annum | DIRECTOR OF DIGITAL ENGAGEMENT |
| Angelson, Alexander J. | Employee | $95,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS |
| Augustine, Rene I. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND SENIOR ASSOCIATE COUNSEL TO THE PRESIDENT |
| Baitel, Rachael | Employee | $62,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Baldwin, Brittany L. | Employee | $70,000.00 | Per Annum | SPEECHWRITER |
| Banks, George D. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR ECONOMIC POLICY |
| Bannon, Stephen K. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND CHIEF STRATEGIST AND SENIOR COUNSELOR |
| Barger, Lara R. | Employee | $83,000.00 | Per Annum | SENIOR DIGITAL STRATEGIST |
| Bash, John F. | Employee | $130,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSOCIATE COUNSEL TO THE PRESIDENT |
| Bash, Zina G. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR REGULATORY REFORM, LEGAL AND IMMIGRATION POLICY |
| Beley, James P. | Employee | $47,000.00 | Per Annum | WRITER FOR CORRESPONDENCE |
| Berkowitz, Avrahm J. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSISTANT TO THE SENIOR ADVISOR |
| Biddle, Emily K. | Employee | $70,000.00 | Per Annum | DEPUTY SOCIAL SECRETARY |
| Bis, Justin B. | Employee | $62,000.00 | Per Annum | DEPUTY ASSOCIATE DIRECTOR |
| Blair, Patricia A. | Employee | $102,212.00 | Per Annum | CHIEF CALLIGRAPHER |
| Blase, Brian C. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR ECONOMIC POLICY |
| Block, Monica J. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF WHITE HOUSE MANAGEMENT AND ADMINISTRATION |
| Blount, Mallory N. | Employee | $40,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Blount, Patricia H. | Employee | $61,829.00 | Per Annum | RECORDS MANAGEMENT ANALYST |
| Bock, Caroline E. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSOCIATE DIRECTOR OF PRESIDENTIAL PERSONNEL |
| Boney, Virginia M. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS |



*For Official Use Only*

# EXECUTIVE OFFICE OF THE PRESIDENT
## ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
## WHITE HOUSE OFFICE
### As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Bonvillian, Marcus D. | Employee | $77,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Bossert, Thomas P. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT FOR HOMELAND SECURITY AND COUNTERTERRORISM |
| Boza-Holman, Sofia M. | Employee | $62,000.00 | Per Annum | REGIONAL COMMUNICATIONS DIRECTOR |
| Braid, Duncan M. | Employee | $47,000.00 | Per Annum | RESEARCH ASSOCIATE |
| Bremberg, Andrew P. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DIRECTOR OF THE DOMESTIC POLICY COUNCIL |
| Brooke, Mary J. | Employee | $107,435.00 | Per Annum | SUPERVISOR OF CORRESPONDENCE REVIEW |
| Brown, Debra S. | Employee | $90,828.00 | Per Annum | CALLIGRAPHER |
| Bucci, Kristine A. | Employee | $47,000.00 | Per Annum | RESEARCH ASSOCIATE |
| Bullock, Katja | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSOCIATE DIRECTOR OF PRESIDENTIAL PERSONNEL |
| Burnham, James M. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSOCIATE COUNSEL TO THE PRESIDENT |
| Butterfield, Nicholas W. | Employee | $70,000.00 | Per Annum | ASSISTANT STAFF SECRETARY |
| Cabaniss, Anna K. | Employee | $42,000.00 | Per Annum | STAFF ASSISTANT |
| Cairncross, Sean S. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND SENIOR ADVISOR TO THE CHIEF OF STAFF |
| Callaghan, Christine B. | Employee | $47,000.00 | Per Annum | RESEARCH ASSOCIATE |
| Campau, Alexandra P. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR HEALTH POLICY |
| Campbell, Frances L. | Employee | $113,755.00 | Per Annum | SUPERVISOR FOR DOCUMENT MANAGEMENT AND TRACKING UNIT |
| Caporale, Justin R. | Employee | $83,000.00 | Per Annum | LEAD ADVANCE REPRESENTATIVE |
| Carroll, III, James W. | Employee | $47,000.00 | Per Annum | STAFF ASSISTANT |
| Carroll, Jr., James W. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND SENIOR COUNSEL TO THE PRESIDENT |
| Castillo, Hannah J. | Employee | $62,000.00 | Per Annum | OPERATIONS MANAGER |
| Catanzaro, Michael J. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR ECONOMIC POLICY |
| Chalkey, R Cody J. | Employee | $56,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Cheap, Casey C. | Employee | $47,000.00 | Per Annum | STAFF ASSISTANT |
| Cheung, Steven | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF SPECIAL COMMUNICATIONS PROJECTS |
| Clark, Justin R. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DIRECTOR OF INTERGOVERNMENTAL AFFAIRS |



*For Official Use Only*

# EXECUTIVE OFFICE OF THE PRESIDENT
## ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
### WHITE HOUSE OFFICE
As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Claude, Lilia H. | Employee | $67,801.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| Clemens, Nicholas J. | Employee | $40,000.00 | Per Annum | WRITER FOR CORRESPONDENCE |
| Clifton, Patrick A. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR OPERATIONS |
| Cohn, Gary D. | Employee | $30,000.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DIRECTOR OF THE NATIONAL ECONOMIC COUNCIL |
| Coia, Giovanna T. | Employee | $47,000.00 | Per Annum | PRESS ASSISTANT |
| Coldiron, Marc W. | Employee | $62,000.00 | Per Annum | DEPUTY ASSOCIATE DIRECTOR |
| Conant, Ann M. | Employee | $47,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Coniglio, Peter J. | Detailee | $161,900.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Conklin, Hayley C. | Employee | $56,000.00 | Per Annum | OPERATIONS MANAGER |
| Conway, Kellyanne E. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND SENIOR COUNSELOR |
| Cordish, Reed S. | Employee | $0.00 | Per Annum | ASSISTANT TO THE PRESIDENT FOR INTERGOVERNMENTAL AND TECHNOLOGY INITIATIVES |
| Curry, Catherine E. | Employee | $77,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Cypher, Catharine D. | Employee | $62,000.00 | Per Annum | SPECIAL ASSISTANT |
| Czajkowski, Daniel V. | Employee | $51,000.00 | Per Annum | LEGAL ASSISTANT |
| Dansky Bari, Dominique A. | Employee | $92,000.00 | Per Annum | DIRECTOR OF STENOGRAPHY |
| D'Antuono, Hayley L. | Employee | $56,000.00 | Per Annum | SCHEDULER AND TRIP COORDINATOR |
| Da Pieve, Lucas E. | Employee | $51,000.00 | Per Annum | DIRECTOR OF DIGITAL RESPONSE FOR CORRESPONDENCE |
| D'Arcangelo, Nicole M. | Employee | $47,576.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| David, Blandon J. | Employee | $56,000.00 | Per Annum | STAFF ASSISTANT |
| Davis, Sylvia M. | Employee | $70,000.00 | Per Annum | ASSISTANT STAFF SECRETARY |
| Dearborn, Ricky A. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DEPUTY CHIEF OF STAFF FOR LEGISLATIVE, CABINET, INTERGOVERNMENTAL AFFAIRS AND IMPLEMENTATION |
| DeGuzman, Brian K. | Employee | $67,334.00 | Per Annum | DIRECTOR OF THE WHITE HOUSE SWITCHBOARD |
| DeGuzman, Jr., Danilo | Employee | $82,027.00 | Per Annum | PRESIDENTIAL SUPPORT SPECIALIST |
| Delahoyde, Magdelana A. | Employee | $70,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Delaplane, Blake W. | Employee | $56,000.00 | Per Annum | SPECIAL ASSISTANT |



*For Official Use Only*

# EXECUTIVE OFFICE OF THE PRESIDENT
## ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
### WHITE HOUSE OFFICE
As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Delrahim, Makan | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DEPUTY COUNSEL TO THE PRESIDENT |
| DeStefano, John J. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DIRECTOR OF PRESIDENTIAL PERSONNEL |
| Dhillon, Uttam A. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY COUNSEL TO THE PRESIDENT |
| Diaz-Rosillo, Carlos E. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DIRECTOR OF POLICY AND INTERAGENCY COORDINATION |
| Ditto, Jessica E. | Employee | $155,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF COMMUNICATIONS |
| Dolan, Anthony R. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ADVISOR FOR PLANNING |
| Donaldson, Ann M. | Employee | $155,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND SPECIAL COUNSEL TO THE PRESIDENT AND CHIEF OF STAFF TO THE WHITE HOUSE COUNSEL |
| Doocey, Sean E. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF PRESIDENTIAL PERSONNEL |
| Dorr, Kaelan K. | Employee | $70,000.00 | Per Annum | DIRECTOR OF CONGRESSIONAL COMMUNICATIONS |
| Doty, III, George E. | Employee | $119,000.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Droege, Philip C. | Employee | $153,730.00 | Per Annum | DIRECTOR OF RECORDS MANAGEMENT |
| Duke, Hannah A. | Employee | $62,000.00 | Per Annum | DEPUTY ASSOCIATE DIRECTOR |
| Dumbauld, Cassidy M. | Employee | $77,000.00 | Per Annum | PROJECT MANAGER |
| Eason, William J. | Employee | $77,000.00 | Per Annum | LEAD PRESS REPRESENTATIVE |
| Edmonds, Anita J. | Employee | $66,008.00 | Per Annum | ASSISTANT SUPERVISOR FOR CLASSIFICATION |
| Eisenberg, John A. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DEPUTY COUNSEL TO THE PRESIDENT FOR NATIONAL SECURITY AFFAIRS AND LEGAL ADVISOR TO THE NATIONAL SECURITY COUNCIL |
| Eisner-Poor, Kaitlyn E. | Employee | $77,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Eissenstat, Everett H. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF THE NATIONAL ECONOMIC COUNCIL AND INTERNATIONAL ECONOMIC AFFAIRS |
| El-Fakir, Alexander T. | Employee | $42,000.00 | Per Annum | RESEARCH ANALYST |
| Ellis, Michael J. | Employee | $130,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND SENIOR ASSOCIATE COUNSEL TO THE PRESIDENT AND DEPUTY LEGAL ADVISOR TO THE NATIONAL SECURITY COUNCIL |
| Epstein, Daniel Z. | Employee | $119,000.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Espinoza, Jonathan | Employee | $47,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Fama, Jocelyn M. | Employee | $42,882.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| Feinberg, Rebecca P. | Employee | $62,000.00 | Per Annum | DEPUTY ASSOCIATE DIRECTOR |
| Ferre, Helen A. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF MEDIA AFFAIRS |



*For Official Use Only*

# EXECUTIVE OFFICE OF THE PRESIDENT
## ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
### WHITE HOUSE OFFICE
As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Fetalvo, Ninio J. | Employee | $56,000.00 | Per Annum | ASSISTANT PRESS SECRETARY |
| Fields, Austin T. | Employee | $47,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Finzer, Mary C. | Employee | $56,000.00 | Per Annum | STAFF ASSISTANT |
| Fisher, Mary-Kathryn | Employee | $77,000.00 | Per Annum | DEPUTY DIRECTOR OF ADVANCE FOR THE FIRST LADY |
| Flynn, Matthew J. | Employee | $94,000.00 | Per Annum | SENIOR DIRECTOR FOR CABINET AFFAIRS |
| Forrest, Jordan J. | Employee | $62,000.00 | Per Annum | SENIOR TRIP COORDINATOR |
| Fwu, Melissa E. | Employee | $83,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Gabriel, Robert | Employee | $83,000.00 | Per Annum | SPECIAL ASSISTANT |
| Gallegos, Jonathan S. | Employee | $89,000.00 | Per Annum | DIRECTOR OF VIDEO IMAGES |
| Garcia, Eunice | Employee | $46,088.00 | Per Annum | RECORDS MANAGEMENT ANALYST |
| Gast, Scott F. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND SENIOR ASSOCIATE COUNSEL TO THE PRESIDENT |
| Georges, Eliza B. | Employee | $47,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Gigicos, George D. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DIRECTOR OF PRESIDENTIAL ADVANCE |
| Giuliani, Andrew H. | Employee | $77,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Goad, Robert T. | Detailee | $79,720.00 | Per Annum | EDUCATION ADVISOR |
| Gorka, Sebastian L. | Employee | $155,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND STRATEGIST |
| Goyer, IV, James L. | Employee | $51,000.00 | Per Annum | LEGISLATIVE ASSISTANT |
| Grant, Darby W. | Employee | $62,000.00 | Per Annum | DIRECTOR OF PRESIDENTIAL GIFTS |
| Gray, Alexander B. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF TRADE AND MANUFACTURING POLICY |
| Greenblatt, Jason D. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND SPECIAL REPRESENTATIVE FOR INTERNATIONAL NEGOTIATIONS |
| Greenstein, Ira A. | Employee | $155,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND STRATEGIST |
| Gribbin, IV, David J. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR ECONOMIC POLICY |
| Grieco, Christopher K. | Employee | $119,000.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Grisham, Stephanie A. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF COMMUNICATIONS FOR THE FIRST LADY |
| Griswold, Julia C. | Employee | $56,000.00 | Per Annum | EXECUTIVE ASSISTANT |



*For Official Use Only*

**EXECUTIVE OFFICE OF THE PRESIDENT**
**ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL**
**WHITE HOUSE OFFICE**
As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Gross, Mackenzie A. | Employee | $77,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Gunn, Ashley L. | Employee | $94,000.00 | Per Annum | SENIOR DIRECTOR FOR CABINET AFFAIRS |
| Hagin, Joseph W. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DEPUTY CHIEF OF STAFF FOR OPERATIONS |
| Hahn, Julia A. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY STRATEGIST |
| Haidet, Michael B. | Employee | $94,000.00 | Per Annum | DIRECTOR OF WHITE HOUSE TRAVEL OFFICE |
| Haley, Vincent M. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ADVISOR FOR STRATEGY AND SPEECHWRITING |
| Haltom, Bronwyn A. | Employee | $89,000.00 | Per Annum | REGIONAL DIRECTOR |
| Harkins, Michael W. | Detailee | $158,123.00 | Per Annum | SENIOR POLICY ANALYST |
| Harrison, William B. | Employee | $56,000.00 | Per Annum | TRIP COORDINATOR |
| Heilig, Rebecca B. | Employee | $89,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Hemming, Andrew J. | Employee | $89,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Henderson, Katherine C. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSOCIATE DIRECTOR OF PRESIDENTIAL PERSONNEL |
| Hennessey, Millicent S. | Employee | $40,000.00 | Per Annum | STAFF ASSISTANT |
| Henning, Katherine A. | Employee | $70,000.00 | Per Annum | DIRECTOR OF BROADCAST MEDIA |
| Henrichs, Joy E. | Employee | $56,000.00 | Per Annum | OPERATIONS MANAGER |
| Henry, John R. | Employee | $62,000.00 | Per Annum | DIRECTOR OF AGENCY LIAISON FOR CORRESPONDENCE |
| Henson, Clayton T. | Employee | $89,000.00 | Per Annum | REGIONAL DIRECTOR |
| Hicks, Catherine F. | Employee | $47,000.00 | Per Annum | PRESS ASSISTANT |
| Hicks, Hope C. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DIRECTOR OF STRATEGIC COMMUNICATIONS |
| Hoang, Vy T. | Employee | $62,082.00 | Per Annum | RECORDS MANAGEMENT ANALYST |
| Hoelscher, Douglas L. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF INTERGOVERNMENTAL AFFAIRS |
| Holley, Michael Q. | Employee | $62,000.00 | Per Annum | SPECIAL PROJECTS MANAGER |
| Horning, Daniel M. | Employee | $40,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Horton, Michael J. | Employee | $44,941.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| House, Mark S. | Detailee | $187,100.00 | Per Annum | SENIOR POLICY ADVISOR |



*For Official Use Only*

## EXECUTIVE OFFICE OF THE PRESIDENT
### ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
### WHITE HOUSE OFFICE
### As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Howard, Benjamin R. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS |
| Hudson, Hope R. | Employee | $155,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND CHIEF OF STAFF TO THE SENIOR COUNSELOR |
| Hulse, Elliott Y. | Employee | $51,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Hunter, Mallory G. | Employee | $95,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND EXECUTIVE ASSISTANT TO THE CHIEF OF STAFF |
| Hurley, Carolina L. | Employee | $56,000.00 | Per Annum | DIRECTOR OF REGIONAL MEDIA |
| Hyde, Montana L. | Employee | $47,000.00 | Per Annum | DIRECTOR OF STUDENT AND CHILDREN'S CORRESPONDENCE |
| Ilagan, Kelly A. | Employee | $62,000.00 | Per Annum | DEPUTY ASSOCIATE DIRECTOR |
| Jack, Brian T. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF POLITICAL AFFAIRS |
| Jackman, Zoe L. | Employee | $89,000.00 | Per Annum | DIRECTOR OF WHITE HOUSE INTERNSHIP PROGRAM AND VOLUNTEERS |
| Jackson, Theresa R. | Employee | $70,629.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| Jarmula, Ryan L. | Employee | $95,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ADVISOR FOR DEVELOPMENT AND SPEECHWRITING |
| Joannou, Thomas W. | Employee | $40,000.00 | Per Annum | PERSONAL AIDE |
| Johnson, Julia B. | Employee | $47,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Johnson, Linda M. | Employee | $74,666.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| Jones, Crystal B. | Employee | $98,323.00 | Per Annum | ASSISTANT SUPERVISOR FOR DOCUMENT MANAGEMENT AND TRACKING UNIT |
| Jones, Sidney L. | Employee | $47,576.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| Jones, Takesha R. | Employee | $54,338.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| Kalbaugh, David E. | Employee | $153,730.00 | Per Annum | EXECUTIVE CLERK |
| Karem, Michael J. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF PRESIDENTIAL ADVANCE |
| Karnes, Katlyn L. | Employee | $89,000.00 | Per Annum | DIRECTOR OF DIGITAL OPERATIONS |
| Katsas, Gregory G. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DEPUTY COUNSEL TO THE PRESIDENT |
| Katz, Jeremy L. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF THE NATIONAL ECONOMIC COUNCIL AND ECONOMIC POLICY |
| Keel, Benjamin N. | Detailee | $94,796.00 | Per Annum | EXECUTIVE DIRECTOR FOR WHITE HOUSE COUNCIL ON NATIVE AMERICAN AFFAIRS |
| Kellogg, Jr., Joseph K. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND EXECUTIVE SECRETARY AND CHIEF OF STAFF FOR THE NATIONAL SECURITY COUNCIL |
| Kelly, Marcia L. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DIRECTOR OF WHITE HOUSE MANAGEMENT AND ADMINISTRATION AND DIRECTOR OF THE OFFICE OF ADMINISTRATION |



*For Official Use Only*

# EXECUTIVE OFFICE OF THE PRESIDENT
## ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
### WHITE HOUSE OFFICE
#### As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Kelly, Nijah C. | Employee | $49,061.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| Kennedy, Adam R. | Employee | $77,000.00 | Per Annum | DEPUTY DIRECTOR OF RESEARCH |
| King, Taeshonnda C. | Employee | $69,100.00 | Per Annum | RECORDS MANAGEMENT ANALYST |
| Kirkland, William H. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF INTERGOVERNMENTAL AFFAIRS |
| Klingler, McLaurine E. | Employee | $47,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Knight, Shahira E. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR ECONOMIC POLICY |
| Koenig, Andrew D. | Employee | $130,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS |
| Koh, Grace E. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR ECONOMIC POLICY |
| Korn, Jennifer S. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF THE OFFICE OF PUBLIC LIAISON |
| Kunkel, Matthew R. | Detailee | $131,767.00 | Per Annum | DIRECTOR OF SPECIAL PROJECTS FOR CABINET AFFAIRS |
| Kushner, Jared C. | Employee | $0.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND SENIOR ADVISOR |
| Lai, Joseph G. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS |
| Larimer, Becky S. | Employee | $70,100.00 | Per Annum | CALLIGRAPHER |
| Lartey, Solomon D. | Employee | $65,969.00 | Per Annum | RECORDS MANAGEMENT ANALYST |
| Lataif, Emily P. | Employee | $40,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Latcham, Alexander S. | Employee | $89,000.00 | Per Annum | REGIONAL DIRECTOR |
| LaVerghetta, Dino L. | Detailee | $161,900.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Law, Matthew J. | Employee | $84,392.00 | Per Annum | SUPERVISOR FOR SEARCH AND FILE SECTION |
| LeHardy, Anne H. | Employee | $47,000.00 | Per Annum | PRESS ASSISTANT |
| Leighton, Rosalyn A. | Employee | $89,000.00 | Per Annum | REGIONAL DIRECTOR |
| Levell, Leah V. | Employee | $47,000.00 | Per Annum | COMMUNICATIONS COORDINATOR |
| Liddell, Christopher P. | Employee | $30,000.00 | Per Annum | ASSISTANT TO THE PRESIDENT FOR STRATEGIC INITIATIVES |
| Lira, Mathew L. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR INNOVATION POLICY AND INITIATIVES |
| Locetta, Jennifer R. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSOCIATE DIRECTOR OF PRESIDENTIAL PERSONNEL |
| Love, Kelly A. | Employee | $83,000.00 | Per Annum | SENIOR PRESS ASSISTANT |



*For Official Use Only*

# EXECUTIVE OFFICE OF THE PRESIDENT
## ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
### WHITE HOUSE OFFICE
As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Luna, Nicholas F. | Employee | $83,000.00 | Per Annum | LEAD ADVANCE REPRESENTATIVE |
| Luther, Robert | Employee | $119,000.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Lyons, Derek S. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DEPUTY STAFF SECRETARY |
| Mabry, Sandra S. | Detailee | $161,900.00 | Per Annum | ETHICS COUNSEL |
| MacDonnell, Patrick P. | Employee | $40,000.00 | Per Annum | RESEARCH ASSISTANT AND EXECUTIVE ASSISTANT |
| MacInnis, Hannah F. | Employee | $47,000.00 | Per Annum | PRODUCTION ASSISTANT |
| Maguire, Victoria J. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF WHITE HOUSE EVENTS AND PRESIDENTIAL SCHEDULING |
| Magyarits, Caroline S. | Employee | $62,000.00 | Per Annum | DIRECTOR OF RADIO MEDIA |
| Mahfouz, Michael D. | Employee | $47,000.00 | Per Annum | STAFF ASSISTANT |
| Manigault, Omarosa O. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DIRECTOR OF COMMUNICATIONS FOR THE OFFICE OF PUBLIC LIAISON |
| Marquis, Ashley H. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND CHIEF OF STAFF OF THE NATIONAL ECONOMIC COUNCIL AND ECONOMIC POLICY |
| Marshall, Kirk R. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF ORGANIZATIONAL STRUCTURE AND HUMAN CAPITAL |
| Marshall, Michael J. | Employee | $94,000.00 | Per Annum | DEPUTY DIRECTOR OF CORRESPONDENCE AND DIRECTOR OF WRITERS |
| Mashburn, John K. | Employee | $130,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY CABINET SECRETARY |
| Matich, Nicholas T. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSOCIATE STAFF SECRETARY |
| Mattson, Philip C. | Employee | $69,634.00 | Per Annum | DIRECTOR OF MAIL ANALYSIS |
| Maxwell, Kyle D. | Employee | $77,000.00 | Per Annum | DEPUTY DIRECTOR OF SCHEDULING |
| McAvoy, Ryan P. | Employee | $47,000.00 | Per Annum | STAFF ASSISTANT |
| McCann, Meghan B. | Employee | $56,000.00 | Per Annum | WEST WING RECEPTIONIST |
| McCathran, William W. | Employee | $116,914.00 | Per Annum | ASSISTANT EXECUTIVE CLERK |
| McCommas, Stuart S. | Employee | $119,000.00 | Per Annum | DEPUTY ASSOCIATE COUNSEL TO THE PRESIDENT |
| McCormick, Michael J. | Employee | $78,470.00 | Per Annum | DEPUTY DIRECTOR OF STENOGRAPHY |
| McDonald, Michael P. | Employee | $62,000.00 | Per Annum | DEPUTY ASSOCIATE DIRECTOR |
| McEntee, II, John D. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND PERSONAL AIDE TO THE PRESIDENT |
| McFarland, Kathleen T. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DEPUTY NATIONAL SECURITY ADVISOR |



*For Official Use Only*

# EXECUTIVE OFFICE OF THE PRESIDENT
## ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
### WHITE HOUSE OFFICE
As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| McGahn, II, Donald F. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND COUNSEL TO THE PRESIDENT |
| McGinley, Michael H. | Employee | $119,000.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| McGinley, William J. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND CABINET SECRETARY |
| McKee, Kara L. | Employee | $77,000.00 | Per Annum | EDUCATION, WOMEN AND FAMILIES, AND WORKFORCE POLICY ADVISOR |
| Meadows, Elizabeth M. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR FOR PRESS ADVANCE |
| Mew, Erin C. | Employee | $56,000.00 | Per Annum | OPERATIONS MANAGER |
| Meyer, Joyce Y. | Employee | $155,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS AND HOUSE DEPUTY DIRECTOR |
| Michael, Molly A. | Employee | $56,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Midanek, Thomas H. | Employee | $89,000.00 | Per Annum | REGIONAL DIRECTOR |
| Miller, Benjamin T. | Employee | $83,000.00 | Per Annum | LEAD ADVANCE REPRESENTATIVE |
| Miller, Max L. | Employee | $83,000.00 | Per Annum | LEAD ADVANCE REPRESENTATIVE |
| Miller, Stephen | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND SENIOR ADVISOR FOR POLICY |
| Millison, Chad L. | Employee | $77,593.00 | Per Annum | ASSISTANT SUPERVISOR FOR SEARCH AND FILE |
| Miraaj-Raza, Sidrah | Employee | $47,576.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| Mitchelson, William J. | Employee | $47,000.00 | Per Annum | STAFF ASSISTANT |
| Mocarski, Ashley D. | Employee | $47,000.00 | Per Annum | PRESS ASSISTANT |
| Montesi, Janet M. | Employee | $47,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Moorhead, Jacqueline U. | Employee | $62,000.00 | Per Annum | RESEARCH ANALYST AND EXECUTIVE ASSISTANT |
| Moorhead, Mari K. | Detailee | $66,510.00 | Per Annum | ASSISTANT TO THE OFFICE OF AMERICAN INNOVATION |
| Moran, Colleen P. | Employee | $46,088.00 | Per Annum | RECORDS MANAGEMENT ANALYST |
| Moran, John S. | Employee | $119,000.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Morgen, Hunter M. | Detailee | $54,972.00 | Per Annum | DEPUTY DIRECTOR FOR BUY AMERICAN/HIRE AMERICAN |
| Morrall, Kimberly E. | Employee | $62,000.00 | Per Annum | SENIOR DIRECTOR OF SCHEDULING |
| Morrell, David M. | Employee | $119,000.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Morrone, Vanessa M. | Employee | $62,000.00 | Per Annum | ADVISOR TO THE PRESS SECRETARY |



*For Official Use Only*

## EXECUTIVE OFFICE OF THE PRESIDENT
### ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
### WHITE HOUSE OFFICE
As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Mullen, Courtney E. | Employee | $94,000.00 | Per Annum | SPECIAL ASSISTANT |
| Munisteri, Stephen P. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND PRINCIPAL DEPUTY DIRECTOR OF THE OFFICE OF PUBLIC LIAISON |
| Munro, Marea L. | Employee | $46,088.00 | Per Annum | RECORDS MANAGEMENT ANALYST |
| Murphy, Christine M. | Employee | $47,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Murray, Claire M. | Employee | $119,000.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Nasim, Laura F. | Employee | $77,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Navarro, Peter K. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DIRECTOR OF TRADE AND MANUFACTURING POLICY |
| Neiman, Wanda M. | Employee | $90,350.00 | Per Annum | ASSISTANT TO THE EXECUTIVE CLERK |
| Niceta, Anna C. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND SOCIAL SECRETARY |
| Oberg, Elizabeth A. | Employee | $51,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| O'Connell, James M. | Employee | $89,000.00 | Per Annum | REGIONAL DIRECTOR |
| Olmem, Andrew J. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR ECONOMIC POLICY |
| Paranzino, Anthony M. | Detailee | $66,510.00 | Per Annum | DIRECTOR OF AGENCY OUTREACH FOR CABINET AFFAIRS |
| Parkinson, Andrew Z. | Employee | $56,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Passantino, Stefan C. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DEPUTY COUNSEL TO THE PRESIDENT |
| Pataki, Timothy A. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS |
| Pate, Brian E. | Employee | $81,680.00 | Per Annum | ASSISTANT TO THE EXECUTIVE CLERK FOR LEGISLATION |
| Pedersen, Brittany N. | Employee | $47,000.00 | Per Annum | STAFF ASSISTANT |
| Poese, Caroline S. | Employee | $49,394.00 | Per Annum | RECORDS MANAGEMENT ANALYST |
| Porter, Madison F. | Employee | $56,000.00 | Per Annum | SENIOR WRITER FOR CORRESPONDENCE |
| Porter, Robert R. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND WHITE HOUSE STAFF SECRETARY |
| Potter, Caroline J. | Employee | $56,000.00 | Per Annum | OPERATIONS MANAGER |
| Powell, Dina H. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DEPUTY NATIONAL SECURITY ADVISOR FOR STRATEGY |
| Powers, Megan K. | Employee | $77,000.00 | Per Annum | LEAD PRESS REPRESENTATIVE |
| Priebus, Reinhold R. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND CHIEF OF STAFF |



*For Official Use Only*

# EXECUTIVE OFFICE OF THE PRESIDENT
## ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL
### WHITE HOUSE OFFICE
#### As of: Friday, June 30, 2017

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Pritchard, Bethany L. | Employee | $51,000.00 | Per Annum | TRAVEL MANAGER |
| Pursley, Alexa R. | Employee | $62,000.00 | Per Annum | DEPUTY ASSOCIATE DIRECTOR |
| Quebral, Dianne K. | Employee | $130,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF THE OFFICE OF PUBLIC LIAISON |
| Rabbitt, Brian C. | Employee | $119,000.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Radano, Margaux M. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO PRESIDENT AND ASSOCIATE DIRECTOR OF PRESIDENTIAL PERSONNEL |
| Radford, Julie T. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND CHIEF OF STAFF FOR ECONOMIC INITIATIVES |
| Raffel, Joshua H. | Employee | $155,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND COMMUNICATIONS ADVISOR |
| Rafi, Hina A. | Employee | $52,035.00 | Per Annum | DEPUTY DIRECTOR FOR INFORMATION SERVICES |
| Raizk, Paul S. | Employee | $133,410.00 | Per Annum | DEPUTY DIRECTOR AND SENIOR ADVISOR FOR RECORDS MANAGEMENT |
| Rateike, Bradley A. | Employee | $94,000.00 | Per Annum | DIRECTOR OF CABINET COMMUNICATIONS |
| Redle, Alexander J. | Employee | $47,000.00 | Per Annum | STAFF ASSISTANT |
| Reese, Christopher M. | Employee | $62,000.00 | Per Annum | STAFF ASSISTANT |
| Reynolds, Lindsay B. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND CHIEF OF STAFF TO THE FIRST LADY |
| Riddaugh, Andrew M. | Employee | $51,000.00 | Per Annum | TRAVEL MANAGER |
| Ridgway, Mariel H. | Employee | $42,882.00 | Per Annum | ASSISTANT TO THE EXECUTIVE CLERK |
| Rinat, Ory S. | Detailee | $161,900.00 | Per Annum | INTERIM CHIEF DIGITAL OFFICER |
| Rizk, Danielle C. | Employee | $42,882.00 | Per Annum | RECORDS MANAGEMENT ANALYST |
| Roddick, Gertrude A. | Employee | $100,981.00 | Per Annum | PRESIDENTIAL SUPPORT SPECIALIST |
| Roman, Michael A. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF SPECIAL PROJECTS AND RESEARCH |
| Roscoe, John M. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSOCIATE DIRECTOR OF PRESIDENTIAL PERSONNEL |
| Ross, Tyler E. | Employee | $51,000.00 | Per Annum | DIRECTOR OF SPECIALTY MEDIA |
| Royer, Theodore M. | Employee | $95,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND SPEECHWRITER |
| Saady, Elizabeth A. | Employee | $47,000.00 | Per Annum | SCHEDULER |
| Sadler, Kelly J. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF MESSAGE STRATEGY |
| Salem, Hannah H. | Employee | $83,000.00 | Per Annum | SENIOR LEAD PRESS REPRESENTATIVE |



*For Official Use Only*

**EXECUTIVE OFFICE OF THE PRESIDENT**
**ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL**
**WHITE HOUSE OFFICE**
**As of: Friday, June 30, 2017**

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Saltaformaggio, Robert L. | Detailee | $97,956.00 | Per Annum | ETHICS COUNSEL |
| Salvi, Mary E. | Employee | $47,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Samuels, Jr., Wendell A. | Employee | $82,377.00 | Per Annum | RECORDS MANAGEMENT INFORMATION SYSTEMS SPECIALIST |
| Sanders, Sarah H. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND PRINCIPAL DEPUTY PRESS SECRETARY |
| Sands, Amy P. | Employee | $66,500.00 | Per Annum | STENOGRAPHER |
| Sass, Joan C. | Employee | $65,969.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| Saunders, Matthew L. | Employee | $56,000.00 | Per Annum | SPECIAL ASSISTANT |
| Sayle, Desiree T. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF CORRESPONDENCE |
| Scarlett, Brian L. | Employee | $62,000.00 | Per Annum | DEPUTY ASSOCIATE DIRECTOR |
| Scavino, Daniel J. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DIRECTOR OF SOCIAL MEDIA |
| Schaffer, Ari B. | Employee | $42,000.00 | Per Annum | RESEARCH ANALYST |
| Schechter, Cecilia S. | Employee | $77,000.00 | Per Annum | SPECIAL ASSISTANT |
| Schiller, Keith W. | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DIRECTOR OF OVAL OFFICE OPERATIONS |
| Schneider, Vanessa M. | Employee | $77,000.00 | Per Annum | DEPUTY SOCIAL SECRETARY |
| Schouten, Schuyler J. | Employee | $130,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSOCIATE COUNSEL TO THE PRESIDENT |
| Schultz, James D. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND SENIOR ASSOCIATE COUNSEL TO THE PRESIDENT |
| Scully, Bethany S. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS |
| Sewell, John B. | Employee | $42,000.00 | Per Annum | STAFF ASSISTANT |
| Shah, Raj S. | Employee | $155,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF COMMUNICATIONS AND DIRECTOR OF RESEARCH |
| Sherk, James B. | Detailee | $136,100.00 | Per Annum | LABOR ADVISOR |
| Shoemaker, Clay M. | Employee | $47,000.00 | Per Annum | COMMUNICATIONS ASSISTANT |
| Short, Marc T. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DIRECTOR OF THE OFFICE OF LEGISLATIVE AFFAIRS |
| Short, Michael C. | Employee | $83,000.00 | Per Annum | SENIOR PRESS ASSISTANT |
| Sifakis, George A. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND DIRECTOR OF THE OFFICE OF PUBLIC LIAISON |
| Simms, Cynthia B. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS |



*For Official Use Only*

**EXECUTIVE OFFICE OF THE PRESIDENT**
**ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL**
**WHITE HOUSE OFFICE**
**As of: Friday, June 30, 2017**

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Simms, Michelle C. | Detailee | $158,123.00 | Per Annum | ETHICS COUNSEL |
| Sims, Clifton D. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ASSISTANT COMMUNICATIONS DIRECTOR |
| Slate, Taylor M. | Employee | $62,000.00 | Per Annum | DEPUTY ASSOCIATE DIRECTOR |
| Smith, Cooper J. | Employee | $62,000.00 | Per Annum | DEPUTY ASSOCIATE DIRECTOR |
| Smith, Ja'Ron K. | Employee | $83,000.00 | Per Annum | URBAN AFFAIRS AND REVITALIZATION POLICY ADVISOR |
| Smith, Lara M. | Employee | $77,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Spicer, Sean M. | Employee | $179,700.00 | Per Annum | ASSISTANT TO THE PRESIDENT AND PRESS SECRETARY |
| Stell, Melinda K. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF WHITE HOUSE PERSONNEL |
| Stepien, William | Employee | $165,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DIRECTOR OF POLITICAL AFFAIRS |
| Stokes, Caroline M. | Employee | $77,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Stone, Alexandra E. | Employee | $56,000.00 | Per Annum | FINANCE AND LOGISTICS OFFICER |
| Strom, Natalie M. | Employee | $56,000.00 | Per Annum | ASSISTANT PRESS SECRETARY AND SENIOR WRITER |
| Surabian, Andrew J. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY STRATEGIST |
| Sutton, Abraham J. | Employee | $77,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Swonger, Amy H. | Employee | $155,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS AND SENATE DEPUTY DIRECTOR |
| Szabo, Thomas G. | Employee | $51,000.00 | Per Annum | STAFF ASSISTANT |
| Talento, Kathryn F. | Employee | $130,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR HEALTHCARE POLICY |
| Tallman, Jonathan T. | Employee | $66,500.00 | Per Annum | STENOGRAPHER |
| Taylor, Mary E. | Employee | $94,000.00 | Per Annum | DEPUTY DIRECTOR OF NOMINATIONS |
| Teclu, Segen G. | Employee | $42,882.00 | Per Annum | INFORMATION SERVICES OPERATOR |
| Teller, Paul S. | Employee | $140,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR LEGISLATIVE AFFAIRS |
| Teresa, Tyler C. | Employee | $47,000.00 | Per Annum | STAFF ASSISTANT |
| Thomas, III, Edwin R. | Employee | $119,489.00 | Per Annum | ASSISTANT EXECUTIVE CLERK FOR MESSAGES AND EXECUTIVE ACTIONS |
| Toner, Jana C. | Detailee | $149,337.00 | Per Annum | ASSOCIATE DIRECTOR OF PRESIDENTIAL PERSONNEL |
| Trainer, Nicholas A. | Employee | $94,000.00 | Per Annum | DIRECTOR OF REGIONAL OPERATIONS |



*For Official Use Only*

**EXECUTIVE OFFICE OF THE PRESIDENT**
**ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL**
**WHITE HOUSE OFFICE**
**As of: Friday, June 30, 2017**

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Trainor, Gregory T. | Employee | $76,685.00 | Per Annum | DIRECTOR OF SPECIAL PROJECTS FOR CORRESPONDENCE |
| Tripepi, Timothy G. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY CHIEF OF STAFF OF OPERATIONS FOR THE FIRST LADY |
| Trump, Ivanka M. | Employee | $0.00 | Per Annum | FIRST DAUGHTER AND ADVISOR TO THE PRESIDENT |
| Tucker, Phyllis J. | Employee | $107,435.00 | Per Annum | SUPERVISOR OF COMPUTER ADMINISTRATION FOR RECORDS MANAGEMENT |
| Uli, Gabriella M. | Employee | $47,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Varghese, Elizabeth J. | Employee | $79,117.00 | Per Annum | SUPERVISOR FOR RECORDS MANAGEMENT CLASSIFICATION |
| Veletsis, Alexandra E. | Employee | $47,000.00 | Per Annum | STAFF ASSISTANT |
| Veprek, Andrew M. | Detailee | $127,489.00 | Per Annum | IMMIGRATION ADVISOR |
| Walk, John | Employee | $119,000.00 | Per Annum | ASSOCIATE COUNSEL TO THE PRESIDENT |
| Walker, Jr., Christopher A. | Employee | $40,000.00 | Per Annum | ASSOCIATE DIRECTOR |
| Walker, Evan J. | Employee | $77,000.00 | Per Annum | SENIOR DIGITAL STRATEGIST |
| Walsh, Brian K. | Employee | $47,000.00 | Per Annum | RESEARCH ASSOCIATE |
| Walters, Lindsay E. | Employee | $115,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND DEPUTY PRESS SECRETARY AND ADVISOR TO THE PRESS SECRETARY |
| Wasserstein, Rebecca L. | Employee | $77,000.00 | Per Annum | DEPUTY DIRECTOR OF WHITE HOUSE TRAVEL OFFICE |
| Weber, Lauren F. | Employee | $56,000.00 | Per Annum | STAFF ASSISTANT |
| Weiser, Benjamin S. | Employee | $47,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Welden, Anne-Allen | Employee | $94,000.00 | Per Annum | EXECUTIVE ASSISTANT |
| Westerhout, Madeleine E. | Employee | $95,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND EXECUTIVE ASSISTANT TO THE PRESIDENT |
| Wetmore, David H. | Detailee | $161,900.00 | Per Annum | IMMIGRATION ADVISOR |
| White, Peter J. | Employee | $94,000.00 | Per Annum | SENIOR POLICY ANALYST |
| Wilkins, Catherine E. | Employee | $56,000.00 | Per Annum | DIRECTOR OF PERSONAL CORRESPONDENCE |
| Williams, Sherman A. | Employee | $90,350.00 | Per Annum | ASSISTANT TO THE EXECUTIVE CLERK |
| Winfree, Paul L. | Employee | $155,000.00 | Per Annum | DEPUTY ASSISTANT TO THE PRESIDENT AND DEPUTY DIRECTOR OF THE DOMESTIC POLICY COUNCIL AND DIRECTOR OF BUDGET POLICY |
| Worthington, Ross P. | Employee | $130,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT AND ADVISOR FOR STRATEGY AND SPEECHWRITING |
| Young, Jr., Reginald D. | Employee | $72,648.00 | Per Annum | SENIOR RECORDS MANAGEMENT ANALYST |



*For Official Use Only*

**EXECUTIVE OFFICE OF THE PRESIDENT**
**ANNUAL REPORT TO CONGRESS ON WHITE HOUSE OFFICE PERSONNEL**
**WHITE HOUSE OFFICE**
**As of: Friday, June 30, 2017**

| NAME | STATUS | SALARY | PAY BASIS | POSITION TITLE |
|---|---|---|---|---|
| Zadrozny, John A. | Employee | $95,000.00 | Per Annum | SPECIAL ASSISTANT TO THE PRESIDENT FOR JUSTICE AND HOMELAND SECURITY POLICY |
| Zager, Samantha L. | Employee | $47,000.00 | Per Annum | STAFF ASSISTANT |
| **Total Count:** | **377** | | | |