# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY A. LOVITKY,<br><br>  Plaintiff,<br><br> v.<br><br>JARED C. KUSHNER, in his official capacity as Assistant to the President & Senior Advisor to the President, and IVANKA TRUMP, in her official capacity as Advisor to the President,<br><br>  Defendants. | Case No. 1:17-cv-2693 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Vinita B. Andrapalliyal, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of Defendants in the above-captioned matter.

                Respectfully submitted,

Dated: April 9, 2018          CHAD A. READLER
                     Acting Assistant Attorney General

                     JESSIE K. LIU
                     United States Attorney

                     CHRISTOPHER R. HALL
                     Assistant Director

                     /s/ *Vinita B. Andrapalliyal*
                     Vinita B. Andrapalliyal
                     Trial Attorney
                     United States Department of Justice
                     Civil Division
                     Federal Programs Branch
                     P.O. Box 883
                     Washington, DC 20044
                     Tel: (202) 305-0845

vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*