IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY A. LOVITKY | ) |
| Plaintiff, | ) |
| v. | ) |
| JARED C. KUSHNER<br>in his official capacity as<br>Assistant to the President &<br>Senior Advisor to the President | ) Civil Action No. 17-cv-2693-CKK |
| IVANKA TRUMP<br>in her official capacity as<br>Advisor to the President | ) |
| Defendants | ) |

## JOINT STATUS REPORT

Per this Court's April 26, 2018 minute order, the parties submit this joint status report. This matter has been stayed pending final disposition of *Lovitky v. Trump*, No. 18-5105 (D.C. Cir.) ("*Lovitky v. Trump I*"), with the parties to file a joint status report ten days after issuance of the D.C. Circuit's mandate.  The United States Court of Appeals for the D.C. Circuit has now disposed of the appeal and issued its mandate on May 9, 2019. As detailed below, the parties jointly propose on the basis of good cause that the stay be continued to permit resolution of *Lovitky v. Trump*, Civ. No. 19-cv-1454 (D.D.C.) ("*Lovitky v. Trump II*"), filed by Plaintiff on May 19, 2019, and designated by him as a related case to this matter.  *See Lovitky v. Trump II*, ECF No. 2.

The Court of Appeals decision in *Lovitky v. Trump I* found no subject matter jurisdiction over Plaintiff's official capacity suit because the challenged financial disclosures dated May 15, 2016 were filed by the President prior to assuming office, when he was still a private citizen and thus had no official capacity.  The decision did not specifically address the conclusions reached by this Court in dismissing the case on other jurisdictional grounds.

Following the Court of Appeals decision in *Lovitky v. Trump I*, Plaintiff filed a new complaint in the United States District Court for the District of Columbia, challenging financial disclosures filed by the President in 2018 and 2019; Plaintiff anticipates soon filing a motion for preliminary injunctive relief.

In light of the filing of *Lovitky v. Trump II*, the parties submit that a decision in that matter may affect the claims and defenses in this matter.  Both cases involve common issues, including whether the Ethics in Government Act ("EIGA") creates a private cause of action to contest public financial disclosures filed under EIGA and whether an alleged informational injury resulting from allegedly incomplete disclosures under the EIGA satisfies Article III standing requirements.  Further, Plaintiff's anticipated filing of a motion for preliminary injunction may provide the basis for a more expedited ruling on the substance of Plaintiff's claims than would dispositive-motion briefing in this matter in the ordinary course of litigation.

For the foregoing reasons, the parties request that this Court maintain its stay of litigation until ten days after a final, non-appealable judgment is entered in *Lovitky v. Trump II*. The parties propose to submit a joint status report for further proceedings in this case within ten days after judgment becomes final and non-appealable in *Lovitky v. Trump II*.

Dated: May 20, 2019

Respectfully submitted,

/s/

_____
Jeffrey A. Lovitky
D.C. Bar Number 404834
1776 K Street, N.W.
Washington D.C. 20036
Tel: (202) 429-3393
Fax: (202) 318-4013
Email: jefflovitky@gmail.com

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ *Vinita B. Andrapalliyal*
Vinita B. Andrapalliyal
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*